UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| In re 700 Credit Data Security Incident Litigation. | Case No. 25-cv-13747 |
|  | Honorable Robert J. White |

### ORDER TO CONSOLIDATE ADDITIONAL RELATED CASES

WHEREAS, on November 24, 2025, Plaintiff Young filed the first Complaint in the litigation related to an alleged Data Security Incident at Defendant 700 Credit, LLC. (ECF No. 1);

WHEREAS, on December 4, 2025, Plaintiff Young and Plaintiff Green filed a Motion to Consolidate and Appoint Interim Co-Lead Counsel. (ECF No. 6);

WHEREAS, on January 6, 2026, this Court entered an Order granting the relief requested in Plaintiff Young and Green's Motion, including consolidating the following related cases under the Consolidated Action here, *In re 700 Credit Data Security Incident Litigation*, Case No. 2:25-cv-13747-RJW-EAS:

- *Patricia Young v. 700 Credit, LLC*, No. 25-cv-13747;

- *Tennille Green v. 700 Credit, LLC*, No. 25-cv-13890;

1

- *Martin Schneider v. 700 Credit, LLC*, No. 25-cv-13963;

- *Elton Neal and Richard Nageldinger v. 700 Credit, LLC*, No. 25-cv-14071;

- *Brianna Eck v. 700 Credit, LLC*, No. 25-cv-14077;

- *Charley Karpinski v. 700 Credit, LLC*, No. 25-cv-14100;

- *Stephen Devaney v. 700 Credit, LLC*, No. 25-cv-14116;

- *Charles Pierce v. 700 Credit, LLC*, No. 25-cv-14120;

- *Tricia Matison-Rennells v. 700 Credit, LLC*, No. 25-cv-14129;

- *Robert Redmond v. 700 Credit, LLC*, No. 25-cv-14167; and

- *Margaret D. McCloud v. 700 Credit, LLC*, No. 25-cv-14170.

(ECF No. 32, PageID.338);

WHEREAS, the Court's January 6, 2026 order of consolidation further provided that the "Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations." (ECF No. 32, PageID.339). And "Defendant shall file a Notice of Related Case whenever a case that should be consolidated into this action is filed." *Id.*;

WHEREAS, The Parties have identified the following "Additional Related Cases" as putative class actions that allege the same or substantially similar allegations to that in the Consolidated Action here, and Defendant has filed a notice in each of these Additional Related Cases:

2

- *Johnson v. 700 Credit, LLC*, Case No. 25-cv-14192 (Notice of Related Case filed Jan. 23, 2026);

- *Dalia v. 700 Credit, LLC*, Case No. 25-cv-14199 (Notice of Related Case filed Jan. 23, 2026);

- *Dunagan v. 700 Credit, LLC*, Case No. 25-cv-14211 (Notice of Related Case filed Jan. 23, 2026);

- *Foxwell v. 700 Credit, LLC*, Case No. 26-cv-10031 (Notice of Related Case filed Jan. 23, 2026);

- *Ronnell Cousar v. 700 Credit, LLC*, Case No. 26-cv-10058 (Notice of Related Case filed Jan. 23, 2026);

- *Peterson v. 700 Credit, LLC*, Case No. 26-cv-10085 (Notice of Related Case filed Jan. 23, 2026); and

- *Steele, et al. v. 700 Credit, LLC*, Case No. 26-cv-10248 (Notice of Related Case filed Jan. 23, 2026).

*See* respective dockets cited above;

WHEREAS, the Court's January 6, 2026 Order provides that "[i]f any party objects to such consolidation or otherwise wishes to seek alternative relief, they shall do so within ten (10) calendar days." (ECF No. 32, PageID.339). More than ten (10) days have now elapsed since the filing of the Notice of Related Case in each of the Additional Related Cases, and no party has filed any objection.

Accordingly, it is ORDERED that:

1. Pursuant to Fed. R. Civ. P. 42(a), and this Court's January 6, 2026 Order (ECF No. 32), the Court hereby consolidates *Johnson v. 700 Credit, LLC*,

3

Case No. 25-cv-14192; *Dalia v. 700 Credit, LLC*, Case No. 25-cv-14199; *Dunagan v. 700 Credit, LLC*, Case No. 25-cv-14211; *Foxwell v. 700 Credit, LLC*, Case No. 26-cv-10031; *Ronnell Cousar v. 700 Credit, LLC*, Case No. 26-cv-10058; *Peterson v. 700 Credit, LLC*, Case No. 26-cv-10085; and *Steele, et al. v. 700 Credit, LLC*, Case No. 26-cv-10248—all into this Case and Case number, *In re 700 Credit Data Security Incident Litigation*, Case No. 25-cv-13747. The *Johnson*, *Dalia*, *Dunagan*, *Foxwell*, *Ronnell Cousar*, *Peterson*, and *Steele* cases will be administratively closed.

2.     Any further filings shall be made in the Consolidated Action. All pleadings therein maintain their legal relevance until the filing of the Consolidated Complaint, which shall be filed within forty-five (45) days of the January 6, 2026 Order, by February 20, 2026.

3.     All papers previously filed and served to date in the Additional Related Cases are deemed part of the record in the Consolidated Action.

SO ORDERED.

Dated: February 10, 2026                          s/Robert J. White
                                                  Robert J. White
                                                  United States District Judge

4